BENJAMIN F. YOUNG, AS ADMINISTRATOR OF RICHARD T. P. PULTENEY, DECEASED, RESPONDENT, *v.* JOHN HEERMANS AND OTHERS, ADMINISTRATORS, ETC., APPELLANTS.

*Conveyance in fraud of creditors — Discovery of property.*

APPEAL by defendant Heermans from a judgment of the Steuben county Special Term, setting aside certain conveyances made by one Joseph Fellows to John Heermans.

Pulteney claimed to be a judgment creditor of Fellows, and that by the conveyances he was prevented from collecting his judgment.

The court *held*, that the instruments which were held by the Special Term to be conveyances of Fellows' property, were, in reality, mere powers of attorney and revocable at the pleasure of F.; but *held*, further, that as Heermans got possession of the property from F., and claimed to hold it by virtue of those instruments, although they were entirely ineffectual to transfer it to him, yet, as the plaintiff did not know what that property was, and was therefore unable to levy upon it under his execution, the court would appoint a receiver of it and require its delivery to him, to the end that it might be sold and plaintiff's debt satisfied.

The heirs of Fellows not being parties to this suit, and therefore their title not being affected thereby, the court allowed the plaintiff to elect either to proceed against the personal property only or to apply to have the heirs brought in as parties.

*Brown & Hadden*, for appellants. *William Rumsey*, for respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Ordered accordingly.